**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

**VICTOR WEBB**

                                                **PRISONER**
  **v.**                             **CASE NO. 3:06-CV-512 (AVC)**

**THERESA LANTZ, ET AL.**

## ORDER

Rule 83.1(c) of the Local Rules of Civil Procedure requires a pro se party to provide the Court with a written notice indicating an address **within Connecticut** where he can be served with motions, pleadings and other court documents filed in the case. See D. Conn. L. Civ. R. 83.1(c). Petitioner's current Connecticut address on file with the court is: 26 Hazel Street, New Haven, Connecticut 06517.

On March 30, 2010, the court denied respondents' third motion to dismiss without prejudice to its being refiled along with the pro se notice required by Local Rule 12. See ECF No. 28. The Clerk mailed the order to petitioner's Connecticut address on file with the court. On April 5, 2010, the United States Postal Service returned the order to the court as undeliverable. Accordingly, the petitioner has failed to comply with Local Rule 83.1(c).

On May 21, 2010, the respondents filed a fourth motion to dismiss together with a memorandum in support and notice to pro se litigant. Counsel for the respondents mailed the motion, memorandum, and notice to petitioner at his Connecticut address on file with the court as well as his address in Jamaica, West Indies. To date,

petitioner has failed to respond to the motion to dismiss or otherwise contact the court.

Within twenty (20) days of the date of this order, the petitioner shall file a response to the respondents' fourth motion to dismiss. The petitioner is cautioned that failure to file a response to this motion to dismiss within the time specified in this order will result in the dismissal of this case, without prejudice and without further notice from this court.

**IT IS SO ORDERED.**

**Dated at Hartford, Connecticut, this 30th day of December, 2010.**

**/s/ Thomas P. Smith**
**Thomas P. Smith**
**United States Magistrate Judge**